# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

**FILED**
ASHEVILLE, N.C.
OCT 17 2005
U.S. DISTRICT COURT
W. DIST. OF N.C.

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | DOCKET NO. ~~2:05MJ216-01~~ |
| | ) | 2:05mj221 |
| vs. | ) | **ORDER** |
| | ) | |
| **Eric Cale McKinney** | ) | |

    The Court accepts and approves the Presentence Investigation and Report Waiver - Consent to Abbreviated Report that has been signed by all parties and filed with the Court. Further, the Court finds there is sufficient information in the record to enable sentencing under 18 U.S.C. § 3553.

This the 14th day of October, 2005.

_____
Dennis Lee Howell
United States Magistrate Court Judge